FILED
MAR 4 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDIA MORALES OCHOA,<br><br>Defendant. | Case No. 21-CR-3053-TWR<br><br>**ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE AND JUDGMENT THEREON**<br><br>The Honorable Todd W. Robinson |

The United States of America's Motion to Dismiss the Indictment (ECF No. 16), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice. **SO ORDERED AND ADUDGED.**

DATED: 3/4/22

_____
Hon. Todd W. Robinson
United States District Judge